UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14392-CIV-CANNON/McCabe

**DAVID CHRISTOPHER HAMILTON**,

    Petitioner,
v.

**SECRETARY FLORIDA
DEPARTMENT OF CORRECTIONS.**

    Respondent.
_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon Petitioner's Section 2254 Habeas Petition [ECF No. 1]. On July 17, 2023, following a referral order [ECF No. 5], Magistrate Judge McCabe issued a Report recommending that the Petition be denied without an evidentiary hearing and without a certificate of appealability [ECF No. 11]. Pursuant to Rule 72 of the Federal Rules of Civil Procedure, the parties had until August 1, 2023, to file objections to the Report,[1] and the Report explicitly warned the parties of the consequences of failing to object. Fed. R. Civ. P. 72; 11th Cir. R. 3-1. No party filed objections to the Report, and the time to do so has expired.

Seeing no clear error in the report, it is **ORDERED AND ADJUDGED** as follows:

1.     The Report and Recommendation [ECF No. 11] is **ACCEPTED**.

2.     The Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 [ECF No. 1] is **DENIED**.

---

[1] Although Judge McCabe signed the Report on July 17, 2023, it was not docketed and served on the parties until July 18, 2023 [ECF No. 11]. Thus, the parties had until August 1, 2023, to file objections.

CASE NO. 22-14392-CIV-CANNON/McCabe

3. Petitioner's request for an evidentiary hearing is **DENIED**.

4. Pursuant to 28 U.S.C. § 2253(c)(2), **NO CERTIFICATE OF APPEALABILITY SHALL ISSUE** because Petitioner has not shown that "jurists of reason would find it debatable whether the petition states a valid claim of denial of a constitutional right." *Slack v. McDaniel*, 529 U.S. 473, 484–84 (2000).

5. The Clerk of the Court **SHALL CLOSE** this case.

6. Final Judgment to follow.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 4th day of August 2023.

*[signature]*

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record